# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Vetta-Zelo, Inc.,                       Civ. No. 13-367 (MJD/JJK)

     Plaintiff,

v.

Ideum, Inc.,                            **ORDER**

     Defendant.

Brigid M. Goss, Esq., Best & Flanagan LLP, counsel for Plaintiff.

Kelly G. Laudon, Esq., Lindquist & Vennum PLLP, counsel for Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated June 4, 2013.  No objections have been filed to that Report and Recommendation in the time period permitted.  Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Defendant Ideum, Inc.'s Motion to Dismiss the Complaint of Vetta-Zelo, Inc. or, in the Alternative, for Summary Judgment (Doc. No. 5), is **GRANTED** for lack of personal jurisdiction.

Date: June 24, 2013                          s/Michael J. Davis
                                                         MICHAEL J. DAVIS
                                                           Chief Judge
                                                           United States District Court